UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEROME CURRY,

                Plaintiff,

                                                ORDER
v.                                             13-CV-355A

MARK L. BRADT, Superintendent of
Attica Correctional Facility,

WILLIAM HUGHES, Deputy Superintendent of
Attica Correctional Facility,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On December 2, 2014, Magistrate Judge Foschio filed a Report and Recommendation, recommending that plaintiff's motion (Dkt. No. 21) for a preliminary injunction and temporary restraining order should be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, the plaintiff's motion seeking a preliminary injunction and temporary restraining order is denied.

        The case is referred back to Magistrate Judge Foschio for further proceedings.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   December 19, 2014